# Court of Appeals
# of the State of Georgia

ATLANTA,  May 06, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0109.  WILSON v. WILSON.**

Upon consideration of Appellant's "Emergency Motion to Compel Clerk to Transmit Records to Court of Appeals," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/06/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*